IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| | : | MDL DOCKET NO. 4:03-CV-1507-BRW |
| IN RE: | : | |
| PREMPRO PRODUCTS LIABILITY | : | |
| LITIGATION | : | ALL CASES in EXHIBIT A |

ORDER

By 5:00 p.m., Monday, April 8, 2013, please provide me (by filing on CM-ECF) with the FDA's correspondence with Barr, from 2000, that you mentioned in your Amended Complaint.

By the same deadline, Plaintiffs, who have not already done so in their amended complaints, must file an addendum specifically setting out which Defendant's drug was ingested when, *e.g.* Plaintiff ingested drug A, manufactured by Defendant B, from March 1999-August 2002; Plaintiff ingested drug C, manufactured by Defendant D, from June 1989-March 2000.

IT IS SO ORDERED this 1st day of April, 2013.

/s/ Billy Roy Wilson
UNITED STATE DISTRICT COURT

# EXHIBIT A

4:05-cv-00146-BRW   Lee v. Wyeth, et al
4:05-cv-01366-BRW   Cain v. Pharmacia a Upjohn Company LLC et al
4:06-cv-00079-BRW   Hinkle v. Wyeth et al
4:08-cv-03833-BRW   Humphreys v. Wyeth, et al
4:10-cv-00656-BRW   Wilson v. Wyeth LLC et al

4:10-cv-00923-BRW   Meranto v. Wyeth LLC et al
4:10-cv-01034-BRW   Howard v. Wyeth LLC et al
4:10-cv-00370-BRW   Steele et al v. Wyeth et al
4:10-cv-00605-BRW   Sargent v. Wyeth LLC et al
4:08-cv-03723-BRW   Cornell v. Wyeth, et al

4:10-cv-00611-BRW   Sundall v. Wyeth LLC et al
4:10-cv-00681-BRW   Garcia v. Wyeth LLC et al
4:10-cv-00813-BRW   Swanson v. Wyeth LLC et al
4:11-cv-00110-BRW   Johnson v. Wyeth LLC et al
4:05-cv-01245-BRW   Nikolchev et al v. Wyeth Pharmaceuticals Inc et al

4:06-cv-00294-BRW   Ridgeway et al v. Wyeth et al
4:10-cv-01212-BRW   Denney v. Wyeth LLC et al
4:05-cv-00614-BRW   Campbell v. Wyeth, et al
4:10-cv-00505-BRW   Walton v. Wyeth LLC et al
4:11-cv-00787-BRW   Riegle et al v. Wyeth LLC et al

4:05-cv-00206-BRW   Posey et al v. Wyeth et al
4:08-cv-00864-BRW   Barnes v. Wyeth et al
4:10-cv-01267-BRW   Owens et al v. Wyeth LLC et al
4:10-cv-00478-BRW   Evosevich et al v. Wyeth LLC et al
4:10-cv-00609-BRW   Walther v. Wyeth LLC et al

4:10-cv-01040-BRW   Crane v. Wyeth LLC et al
4:09-cv-00741-BRW   Frambs v. Wyeth et al
4:06-cv-01455-BRW   Neubarth v. Wyeth et al
4:07-cv-00558-BRW   Dale v. Wyeth et al
4:06-cv-01120-BRW   White-Brown v. Wyeth et al

4:06-cv-00800-BRW   Thomas v. Wyeth et al
4:05-cv-01573-BRW   Beaver v. Wyeth et al
4:05-cv-00910-BRW   Wilkerson v. Wyeth Inc, et al
4:06-cv-01650-BRW   Chambers v. Wyeth et al
4:06-cv-01339-BRW   Kinser v. Wyeth et al

```
4:04-cv-00717-BRW   Lund v. Wyeth, et al
4:10-cv-01061-BRW   Struckmann v. Wyeth LLC et al
4:06-cv-01502-BRW   Rosenbloom et al v. Wyeth et al
4:08-cv-02388-BRW   McCarthy v. Wyeth Pharmaceuticals Inc et al
4:08-cv-03207-BRW   McLain v. Wyeth et al

4:06-cv-01048-BRW   Goodman v. Wyeth et al
4:07-cv-00478-BRW   Harding v. Wyeth et al
4:10-cv-00350-BRW   Banks v. Wyeth LLC et al
4:05-cv-01793-BRW   Keener v. Pfizer Inc et al
4:08-cv-00402-BRW   Kielty v. Wyeth et al

4:06-cv-01127-BRW   Wojcik v. Wyeth et al
4:05-cv-00558-BRW   Aenoro, et al v. Wyeth, et al
4:06-cv-01564-BRW   Sayers v. Wyeth et al
4:08-cv-01999-BRW   Weaver v. Wyeth et al
4:10-cv-00988-BRW   Anglin v. Wyeth LLC et al

4:08-cv-03699-BRW   Hennin v. Wyeth Inc et al
4:04-cv-01223-BRW   Alexander et al v. Wyeth LLC et al
4:06-cv-01345-BRW   Clement et al v. Wyeth et al
4:06-cv-00938-BRW   Wright v. Wyeth et al
4:06-cv-01617-BRW   Koch v. Wyeth et al

4:05-cv-00253-BRW   Palomo, et al v. Wyeth, et al
4:04-cv-00723-BRW   Gallegos v. Wyeth
4:08-cv-02413-BRW   Cook v. Wyeth et al
4:05-cv-01246-BRW   Anderson et al v. Wyeth Pharmaceuticals Inc et al
4:06-cv-01679-BRW   Rittenberry v. Wyeth et al

4:08-cv-03121-BRW   Reed v. Pfizer Inc et al
4:04-cv-01294-BRW   Cheltra v. Wyeth, et al
4:10-cv-01029-BRW   Beylen v. Wyeth LLC et al
4:10-cv-01030-BRW   Contreras v. Wyeth LLC et al
4:06-cv-01438-BRW   Zimmerman v. Wyeth et al

4:08-cv-03178-BRW   Johann v. Wyeth et al
4:09-cv-00103-BRW   Huff v. Barr Laboratories Inc et al
4:08-cv-02313-BRW   Weaver v. Wyeth et al
4:11-cv-00098-BRW   Grobstein v. Wyeth LLC et al
4:06-cv-01398-BRW   Puzzuole v. Wyeth et al

4:11-cv-00203-BRW   Whatley et al v. Wyeth LLC et al
4:08-cv-03777-BRW   Goodman et al v. Wyeth, et al
4:08-cv-03923-BRW   Saunders et al v. Wyeth, et al
4:08-cv-04017-BRW   Utt et al v. Wyeth, et al
4:10-cv-00839-BRW   Tallent v. Wyeth LLC et al
```

4:10-cv-00798-BRW   Cox, Carolyn
4:10-cv-01035-BRW   Stanionis v. Wyeth LLC et al
4:11-cv-00096-BRW   Boles v. Wyeth LLC et al
4:11-cv-00097-BRW   EDen v. Wyeth LLC et al
4:08-cv-01687-BRW   Peterson v. Wyeth et al

4:10-cv-00912-BRW   Jacquemart v. Wyeth LLC et al
4:06-cv-00160-BRW   Giambrone v. Wyeth et al
4:10-cv-00438-BRW   Langren v. Wyeth LLC et al
4:11-cv-00100-BRW   Hruska v. Wyeth LLC et al
4:08-cv-01393-BRW   Fisher v. Wyeth et al

4:08-cv-03167-BRW   Bumpas v. Wyeth et al
4:05-cv-00382-BRW   McMurray v. Wyeth Pharmaceutical, et al
4:06-cv-00443-BRW   Plowman et al v. Wyeth et al
4:08-cv-03631-BRW   Alvarran et al v. Wyeth, et al
4:08-cv-02116-BRW   Blaisdell v. Wyeth et al

4:05-cv-00832-BRW   Mason et al v. Wyeth et al
4:06-cv-01506-BRW   Balis et al v. Wyeth et al
4:05-cv-01433-BRW   Bowling et al v. Wyeth et al
4:05-cv-00380-BRW   Iyk, et al v. Wyeth Pharmaceutical, et al
4:05-cv-00969-BRW   Shea et al v. Wyeth Pharmaceuticals Inc et al

4:08-cv-02314-BRW   Kropf v. Wyeth et al
4:10-cv-00578-BRW   Hansmann v. Wyeth LLC et al
4:10-cv-00828-BRW   Cassidy v. Pfizer Inc et al
4:06-cv-00916-BRW   Lyons v. Wyeth et al
4:05-cv-00075-BRW   Clouser v. Wyeth, et al

4:05-cv-00396-BRW   Daly v. Wyeth, et al
4:05-cv-00423-BRW   Weissmer, et al v. Wyeth Pharmaceutical, et al
4:06-cv-01488-BRW   Roseman v. Wyeth et al
4:07-cv-00419-BRW   Tangman et al v. Wyeth et al
4:10-cv-00421-BRW   Bledsoe v. Wyeth LLC et al

4:10-cv-00587-BRW   Lopez v. Wyeth LLC et al
4:10-cv-00457-BRW   Knutson v. Wyeth LLC et al
4:10-cv-00683-BRW   Ferguson v. Wyeth LLC et al
4:10-cv-00792-BRW   King v. Pfizer Inc et al
4:10-cv-00818-BRW   Fornberg v. Pfizer Inc et al

4:10-cv-00842-BRW   Beedle v. Wyeth LLC et al
4:10-cv-00989-BRW   Dahlman v. Wyeth LLC et al
4:10-cv-01046-BRW   Meiller v. Wyeth LLC
4:10-cv-01060-BRW   Sain v. Wyeth LLC et al
4:11-cv-00113-BRW   Fields v. Wyeth LLC et al

```
4:08-cv-03213-BRW   Weinfurtner v. Wyeth et al
4:10-cv-00941-BRW   Mangan v. Wyeth LLC
4:10-cv-00569-BRW   Williams v. Wyeth LLC et al
4:06-cv-00821-BRW   Goldberg v. Wyeth et al
4:05-cv-01404-BRW   Moisi v. Wyeth Pharmaceuticals Inc et al

4:10-cv-01080-BRW   Dasen v. Wyeth LLC et al
4:07-cv-00731-BRW   Irwin et al v. Wyeth et al
4:06-cv-00493-BRW   Bolton et al v. Wyeth et al
4:10-cv-01039-BRW   Gilmore v. Wyeth LLC et al
4:06-cv-00430-BRW   Dudley v. Wyeth et al

4:08-cv-03677-BRW   Burton et al v. Wyeth, et al
4:04-cv-02316-BRW   Meyer, et al v. Wyeth, et al
4:05-cv-00427-BRW   Mullikin v. Wyeth Pharmaceutical, et al
4:08-cv-03985-BRW   Mitchelll v. Wyeth, et al
4:10-cv-00632-BRW   Mehr v. Wyeth LLC et al

4:10-cv-00921-BRW   Bussart v. Wyeth LLC et al
4:10-cv-01236-BRW   Owen v. Pfizer Inc et al
4:05-cv-00406-BRW   Shareff v. Wyeth Pharmaceutical, et al
4:06-cv-01022-BRW   Black v. Wyeth et al
4:06-cv-01443-BRW   Johnson v. Wyeth et al

4:08-cv-01848-BRW   Weaver v. Barr Pharmaceuticals Inc et al
4:08-cv-03905-BRW   Mayo et al v. Wyeth, et al
4:10-cv-00687-BRW   Clausen v. Watson Laboratories Inc et al
4:10-cv-00935-BRW   Wood v. Wyeth LLC et al
4:10-cv-00955-BRW   Provasnik v. Wyeth Inc et al

4:10-cv-01241-BRW   Martin v. Watson Laboratories Inc et al
4:06-cv-01165-BRW   Cavaliere v. Wyeth et al
4:07-cv-00095-BRW   Williams et al v. Wyeth et al
4:10-cv-00461-BRW   Slaton v. Wyeth LLC et al
4:06-cv-01516-BRW   Schultz v. Wyeth et al

4:08-cv-00462-BRW   Okon v. Wyeth et al
4:08-cv-03211-BRW   Haupert v. Wyeth et al
4:08-cv-03913-BRW   Roy et al v. Wyeth, et al
4:08-cv-04087-BRW   Poe et al v. Wyeth, et al
4:10-cv-00542-BRW   Geneve v. Pfizer Inc et al

4:11-cv-00322-BRW   Mari v. Bristol Myers Squibb Company et al
4:06-cv-01224-BRW   Bradley v. Wyeth et al
4:08-cv-00699-BRW   Draper et al v. Wyeth et al
4:06-cv-00784-BRW   Naquin et al v. Wyeth et al
4:08-cv-03932-BRW   Scott et al v. Wyeth, et al
```

5

4:10-cv-00475-BRW   Hart et al v. Wyeth LLC et al
4:10-cv-01272-BRW   Mosely v. Wyeth LLC et al
4:08-cv-03119-BRW   Estell v. Wyeth et al
4:08-cv-03927-BRW   Scarbro et al v. Wyeth, et al
4:05-cv-01575-BRW   Miller v. Wyeth et al

4:05-cv-01896-BRW   Johnson v. Wyeth et al